UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R. HOMCHICK,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>a foreign insurer,<br><br>    Defendant. | NO.   C04-5639-RJB<br><br>STIPULATED ORDER<br>CONTINUING TRIAL |

  Plaintiff Daniel R. Homchick and defendant Allstate Insurance Company, by and through their attorneys of record, hereby agree and stipulate, and based on that stipulation and agreement,

THE COURT HEREBY ORDERS AND DECREES AS FOLLOWS:

Good cause having been shown, and in the interest of justice, trial in this matter is hereby continued to commence March 6, 2006.

  DONE IN OPEN COURT this 29th day of August, 2005.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER, Page 1

Presented by:

    /s/ Michael G. Spencer
By:_____
Michael G. Spencer, WSBA #6909
BROWN LEWIS JANHUNEN & SPENCER
Attorney for Plantiff Daniel Homchick

Copy Received; Notice of
Presentation Waived:

    /s/ Irene M. Hecht
By:_____
Irene M. Hecht, WSBA #11063
KELLER ROHRBACK
Attorneys for Defendant Allstate Insurance Company

ORDER, Page 2